Exhibit #1

## STATEMENT UNDER PENALTY OF PERJURY

I, Nilda Rodríguez Cortés, of legal age, single, and resident of the Municipality of Aibonito, Puerto Rico, solemnly declare as follows:

1.  My personal circumstances are as above stated.

2.  That I am the mother and legal guardian of minor A.C.R.

3.  That I have read the *Verified Complaint* that precedes this statement and certify that its contents are true and correct to the best of my knowledge.

4.  That I respectfully request that this Honorable Court schedule this matter promptly and hold defendants liable for payment of all the attorney's fees and costs incurred by our counsel in administrative proceeding number QEE-2122-09-03-00703, and any additional fees and costs spent in the litigation of this action.

5.  That I hereby confirm my express consent and authorization for the Court to disburse the total attorney's fees and costs award obtained in this case payable directly to our counsel, Mr. Francisco J. Vizcarrondo-Torres.

6.  That I am giving this statement freely and voluntarily.

I hereby solemnly declare, under penalty of perjury, that the foregoing is true and correct.

Executed in Aibonito, Puerto Rico, on August 25 , 2022.

 

 

_____
**NILDA RODRÍGUEZ CORTÉS**