Exhibit #2

**Francisco J. Vizcarrondo Law Office**
37 Calle Arecibo
San Juan, PRI 00917-4405
Phone: 787-296-9521
Email: fvizcarrondo@fjvtlaw.com



**Nilda Rodríguez Cortés**
Nilda Rodríguez Cortés
HC 02
Box 13041
Aibonito, PR 00705
Email: nildarodriguezcontable@gmail.com

# Invoice 16517

| Date | Aug 30, 2022 |
|---|---|
| **Terms** | |
| **Service Thru** | Aug 30, 2022 |

**In Reference To: ACR v. PR-DOE (Billable Time)**

**Matter ID: 275-001**

**ACR v. PR-DOE**
**Administrative case no.: QEE-2122-09-03-00703**
**O/F: 275-001**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/02/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: informing of need to engage special education counsel, coordinating initial attorney-client meeting and brief overview of minor ACR's special education and related services wrongfully denied by PR-DOE. | 0.40 | $ 165.00/hr | $ 66.00 |
| 02/10/2022 | FJV | **Attend meeting with:** Mrs. Nilda Rodríguez held via videoconference re: initial meeting with client to discuss minor ACR's special education and related services needs and claims against the PR-DOE, discussing tasks still needed to be performed by client to be prepared for litigation, overview of administrative due process proceedings, discussing terms of legal services contract, and clarifying multiple other client inquiries. | 2.10 | $ 165.00/hr | $ 346.50 |
| 02/24/2022 | FJV | **Review:** documentary evidence submitted by clients in preparation for drafting administrative due process complaint. | 2.00 | $ 165.00/hr | $ 330.00 |
| 02/24/2022 | FJV | **Sent and receive email communications with clients re:** submitting and discussing documentary evidence needed for drafting administrative due process complaint. | 0.50 | $ 165.00/hr | $ 82.50 |
| 02/25/2022 | FJV | **Draft:** administrative due process complaint. | 2.20 | $ 165.00/hr | $ 363.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/2022 | FJV | **Draft email communication to clients re:** enclosing for clients' review, comments and/or approval for filing the draft of the administrative due process complaint. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/01/2022 | FJV | **Review and reply to email communication sent by:** clients re: discussing filing status of the administrative due process complaint. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/02/2022 | FJV | **Draft email communication to:** PR-DOE's administrative forum re: filing of the administrative due process complaint. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/02/2022 | FJV | **Final review and preparation for filing re:** administrative due process complaint. | 1.00 | $ 165.00/hr | $ 165.00 |
| 03/02/2022 | FJV | **Draft email communication to clients re:** informing of filing of administrative due process complaint and enclosing duly filed version of the document. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/03/2022 | FJV | **Review email communication sent by:** PR-DOE's administrative forum re: confirming filing of the administrative due process complaint and informing number assigned to case. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/03/2022 | FJV | **Draft email communication to clients re:** informing number assigned to case. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/07/2022 | FJV | **Sent and receive multiple email communications with:** PR-DOE's María Medina re: coordinating time and date for the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/10/2022 | FJV | **Sent and receive multiple email communications with:** PR-DOE's Ada Collazo re: coordinating time and date for the conciliation meeting. | 0.30 | $ 165.00/hr | $ 49.50 |
| 03/10/2022 | FJV | **Sent and receive email communications with clients re:** coordinating time and date for the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/10/2022 | FJV | **Review multiple email communications sent by:** PR-DOE's Ada Collazo re: submitting documents as per the partial agreements reached in the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/10/2022 | FJV | **Review multiple email communications sent by:** PR-DOE's Ada Collazo re: submitting documents as per the partial agreements reached in the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/10/2022 | FJV | **Sent and receive multiple email communications with:** clients re: sharing and discussing contents of documents submitted today by the PR-DOE as per the partial agreements reached in the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/15/2022 | FJV | **Review:** PR-DOE's Answer to the Administrative Due Process Complaint. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/15/2022 | FJV | **Draft email communication to clients re:** enclosing digital copy and discussing contents of PR-DOE's Answer to the Administrative Due Process Complaint. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/16/2022 | FJV | **Review email communicaton sent by PR-DOE's counsel on:** March 16, 2022 re: producing digital copy of memorandum cited in its responsive pleading. | 0.10 | $ 165.00/hr | $ 16.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2022 | FJV | **Draft email communication to clients re:** sharing a digital copy of the memorandum cited by the PR-DOE in its responsive pleading. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/16/2022 | FJV | **Review:** memorandum cited by the PR-DOE in its responsive pleading, dated on January 14, 2022. | 0.40 | $ 165.00/hr | $ 66.00 |
| 03/17/2022 | FJV | **Plan and prepare for:** conciliation meeting. | 0.50 | $ 165.00/hr | $ 82.50 |
| 03/17/2022 | FJV | **Various phone calls with:** clients re: pre and post conciliation meeting telephone conferences for client preparation and then for discussing its results and upcoming proceedings. | 0.50 | $ 165.00/hr | $ 82.50 |
| 03/17/2022 | FJV | **Attend:** conciliation meeting. | 1.00 | $ 165.00/hr | $ 165.00 |
| 03/17/2022 | FJV | **Draft email communication to clients re:** enclosing minutes of the conciliation meeting submitted by the PR-DOE's Mrs. Ada Collazo for clients' review and signature. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/17/2022 | FJV | **Review:** minutes of the conciliation meeting submitted by the PR-DOE's Mrs. Ada Collazo. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/17/2022 | FJV | **Sent and receive multiple email communications with:** PR-DOE's Ada Collazo re: minutes of the conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/22/2022 | FJV | **Sent and receive email communications with clients re:** client update on results of search for potential private school for minor ACR. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/23/2022 | FJV | **Sent and receive email communications with clients re:** discussing clients request for our intervention for obtaining minor ACR's grades report. | 0.30 | $ 165.00/hr | $ 49.50 |
| 03/23/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** requesting minor ACR's grades report and other materials concerning ACR's education and performance at school. | 0.40 | $ 165.00/hr | $ 66.00 |
| 03/25/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** March 24, 2022 re: scheduling the administrative hearing. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/25/2022 | FJV | **Draft email communication to clients re:** informing clients of date and time of administrative hearing and discussing upcoming case proceedings. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/25/2022 | FJV | **Draft email communication to:** ALJ and PR-DOE's counsel re: enclosing for filing and notification the motion requesting that the administrative due process hearing be held via videoconference. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/25/2022 | FJV | **Draft motion:** requesting that administrative proceedings be held via videoconference. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/28/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** March 26, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 03/28/2022 | FJV | **Draft email communication to clients re:** notifying clients of ALJ's grant of our request to hold the hearing via videoconference and explaining consequences of such change in upcoming case proceedings. | 0.20 | $ 165.00/hr | $ 33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/2022 | FJV | **Sent and receive email communications with clients re:** clarifying clients inquiry concerning potential participation of ACR's psychologist as expert witness in administrative hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 03/29/2022 | FJV | **Telephone conference with client re:** client update on results of tasks assigned for preparation for hearing and clarifying multiple case related inquiries. | 0.30 | $ 165.00/hr | $ 49.50 |
| 03/31/2022 | FJV | **Review:** documentary evidence submitted by clients in preparation for drafting motion to notify documentary and testimonial evidence for administrative hearing. | 1.50 | $ 165.00/hr | $ 247.50 |
| 04/01/2022 | FJV | **Draft email communication to clients re:** informing clients of filing the motion to notify documentary and testimonial evidence for administrative hearing and discussing its contents. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/01/2022 | FJV | **Draft email communication to:** ALJ and opposing counsel re: enclosing for filing the motion to notify evidence. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/01/2022 | FJV | **Draft motion:** to notify documentary and testimonial evidence for administrative hearing. | 1.40 | $ 165.00/hr | $ 231.00 |
| 04/04/2022 | FJV | **Review and reply to email communication sent by:** PR-DOE's counsel, atty. Hilton Mercado, enclosing digital copy of PR-DOE's circular letter concerning educational services provided remotely via videoconference, and proposing initiation of settlement negotiation. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/04/2022 | FJV | **Review and study:** PR-DOE's circular letter issued on March 15, 2022 concerning educational services provided remotely via videoconference produced today. | 1.00 | $ 165.00/hr | $ 165.00 |
| 04/04/2022 | FJV | **Draft email communication to clients re:** sharing with clients a copy for their review and file of the PR-DOE's circular letter issued on March 15, 2022 concerning educational services provided remotely via videoconference. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/05/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** April 4, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/05/2022 | FJV | **Review PR-DOE's motion:** to notify evidence. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/06/2022 | FJV | **Multiple telephone conferences with:** Mrs. Nilda Rodríguez and Dr. Malvaliz Santana, psychologist, re: discussing multiples controversies with PR-DOE's personnel during today's IEP team meeting and potential solutions. | 0.50 | $ 165.00/hr | $ 82.50 |
| 04/06/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** producing digital copies of plaintiff's documentary evidence for the administrative due process hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/06/2022 | FJV | **Sent and receive multiple email communications with:** PR-DOE's counsel, atty. Hilton Mercado, discussing results of today's IEP team meeting and its minutes. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/06/2022 | FJV | **Review and study:** draft of the minutes of today's IEP team meeting. | 0.30 | $ 165.00/hr | $ 49.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/2022 | FJV | **Draft email communication to clients re:** discussing contents of draft of the minutes of today's IEP team meeting and providing advice on suggested course of action. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/07/2022 | FJV | **Review and reply to email communication sent by:** Mrs. Nilda Rodríguez re: scheduling client-attorney conference call to further discuss contents of draft of the minutes of April 6, 2022 IEP team meeting and how to proceed. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/08/2022 | FJV | **Review:** the citation and protective order issued to Mrs. Nilda Rodríguez by the School Director, Mrs. Cinthia Mercado. | 0.40 | $ 165.00/hr | $ 66.00 |
| 04/08/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: further discussing contents of draft of the minutes of April 6, 2022 IEP team meeting, new developments, and suggested course of action. | 0.50 | $ 165.00/hr | $ 82.50 |
| 04/08/2022 | FJV | **Draft email communication to:** Dr. Malvaliz Santana and Mrs. Nilda Rodríguez re: informing of counsel recommendation to abstain from signing the minutes of April 6, 2022 IEP team meeting, need to request amendments, and other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/08/2022 | FJV | **Telephone conference with:** Dr. Malvaliz Santana re: clarifying to expert our recommendation to abstain from signing the minutes of April 6, 2022 IEP team meeting, and need to request amendments, among other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/08/2022 | FJV | **Review:** Dr. Malvaliz Santana's curriculum vitae. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/11/2022 | FJV | **Multiple telephone conferences with:** Mrs. Nilda Rodríguez re: client preparation for administrative due process hearing, discussing strategy, expected outcomes and other case related matters. | 1.00 | $ 165.00/hr | $ 165.00 |
| 04/11/2022 | FJV | **Plan and prepare for:** administrative due process hearing. | 1.50 | $ 165.00/hr | $ 247.50 |
| 04/11/2022 | FJV | **Telephone conference with:** PR-DOE's counsel re: discussing potential settlement in anticipation to tomorrow's administrative due process hearing and educational and related services pending provision and coordination, among other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/11/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** notifying plaintiff's expert witness and her curriculum vitae and proposing attorneys meeting to explore potential settlement prior to administrative due process hearing | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/11/2022 | FJV | **Sent and receive multiple email communications with:** Dr. Malvaliz Santana re: clarifying expert's inquiries concerning her participation in tomorrow's hearing, taks pending, and other case related matters. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/12/2022 | FJV | **Review email communication sent by:** ALJ Guzmán re: enclosing link for administrative hearing via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/2022 | FJV | **Draft email communication to clients re:** enclosing link for administrative hearing via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/12/2022 | FJV | **Draft:** amended due process complaint. | 1.50 | $ 165.00/hr | $ 247.50 |
| 04/12/2022 | FJV | **Draft email communication to:** ALJ Guzmán and PR-DOE's counsel re: enclosing for filing and notification the amended due process complaint. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/12/2022 | FJV | **Sent and receive email communications with clients re:** discussing contents of amended due process complaint and confirming its filing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/12/2022 | FJV | **Attend:** administrative due process hearing. | 0.50 | $ 165.00/hr | $ 82.50 |
| 04/12/2022 | FJV | **Multiple telephone conferences with:** Mrs. Nilda Rodríguez re: pre and post administrative due process hearing conversations clarifying multiple client inquiries, discussing hearing results and upcoming proceedings, among other case related matters. | 0.50 | $ 165.00/hr | $ 82.50 |
| 04/19/2022 | FJV | **Review and reply to email communication sent by:** Mrs. Nilda Rodríguez re: clarifying multiple client inquiries on how to respond to written communication received from PR-DOE's personnel. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/21/2022 | FJV | **Review Resolution issued by the ALJ on:** April 21, 2022. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/21/2022 | FJV | **Sent and receive email communications with:** Mrs. Nilda Rodríguez re: enclosing digital copy of April 21, 2022 Partial Resolution, discussing its contents and upcoming case proceedings. | 0.40 | $ 165.00/hr | $ 66.00 |
| 04/22/2022 | FJV | **Review and reply to email communication sent by:** Mrs. Nilda Rodríguez re: discussing and submitting documents sought by clients. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/25/2022 | FJV | **Review notification issued by the PR-DOE Special Education Administrative Forum on:** April 25, 2022 regarding filing of amended due process complaint. | 0.10 | $ 165.00/hr | $ 16.50 |
| 04/26/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** April 24, 2022. | 0.20 | $ 165.00/hr | $ 33.00 |
| 04/26/2022 | FJV | **Draft email communication to:** Mrs. Nilda Rodríguez re: enclosing digital copy of April 24, 2022 Order, discussing its contents and listing documents pending submittal by clients. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/27/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing status of ACR's psychometric and psychoeducational assessments and on the private school's educational proposal, and other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 04/28/2022 | FJV | **Review and reply to email communication sent by:** Mrs. Nilda Rodríguez re: client update on status of ACR's psychometric and psychoeducational assessments and on the private school's educational proposal. | 0.20 | $ 165.00/hr | $ 33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/2022 | FJV | **Review email communication sent by:** Mrs. Nilda Rodríguez re: enclosing ACR's psychoeducational assessment. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/02/2022 | FJV | **Review and study:** ACR's psychoeducational assessment. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/02/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing contents of ACR's psychoeducational assessment, school placement, and other case related matters. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/10/2022 | FJV | **Sent and receive email communications with:** PR-DOE's Mrs. Ada Collazo re: review and signing of partial agreements in conciliation meeting form. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/10/2022 | FJV | **Sent and receive email communications with clients re:** review and signing of partial agreements in conciliation meeting form. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/10/2022 | FJV | **Review and signing of:** partial agreements in conciliation meeting form. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/10/2022 | FJV | **Draft email communication to:** PR-DOE's administrative forum re: notifying case assignment to ALJ Luis Vélez-Vélez. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/10/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing various case related matters in anticipation to today's second session of conciliation meeting. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/10/2022 | FJV | **Plan and prepare for:** today's second session of conciliation meeting. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/10/2022 | FJV | **Attend:** second session of conciliation meeting. | 0.50 | $ 165.00/hr | $ 82.50 |
| 05/11/2022 | FJV | **Review notification issued by the PR-DOE Special Education Administrative Forum on:** May 11, 2022 re: notifying change in ALJ assigned to case. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/11/2022 | FJV | **Review notification issued by the PR-DOE Special Education Administrative Forum on:** May 11, 2022 re: notifying change in counsel assigned to represent the PR-DOE in case. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/11/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing contents of draft of private school's educational proposal, required amendments and other case related matters. | 1.00 | $ 165.00/hr | $ 165.00 |
| 05/11/2022 | FJV | **Review and reply to email communication sent by:** Mrs. Nilda Rodríguez re: enclosing draft of private school's educational proposal for our review and advice. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/11/2022 | FJV | **Review and study:** draft of Colegio Altair's educational proposal. | 1.00 | $ 165.00/hr | $ 165.00 |
| 05/16/2022 | FJV | **Draft email communication to clients re:** informing of ALJ May 16, 2022 Order and discussing its contents and new date set for hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/16/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** May 16, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** informing status of private school's educational proposal and requesting intervention to obtain last Friday's IEP team meeting minutes. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/16/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing status of new version of private school's educational proposal, last Friday's IEP team meeting minutes, and other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/17/2022 | FJV | **Draft:** supplemental motion to notify documentary and testimonial evidence for administrative due process hearing. | 1.00 | $ 165.00/hr | $ 165.00 |
| 05/17/2022 | FJV | **Draft letter communication to:** ALJ Wendy Guzmán and PR-DOE's counsel re: enclosing for filing and notification the supplemental motion to notify documentary and testimonial evidence for administrative due process hearing. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/17/2022 | FJV | **Review documentary evidence:** in preparation for drafting supplemental motion to notify documentary and testimonial evidence for administrative due process hearing. | 0.70 | $ 165.00/hr | $ 115.50 |
| 05/17/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: updated version private school's educational proposal and update on communications with opposing counsel. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/17/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** enclosing private school's educational proposal, listing supplemental documentary and testimonial evidence and reiterating request for notification of May 13, 2022 IEP team meeting minutes. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/17/2022 | FJV | **Review and study:** updated version private school's educational proposal. | 0.50 | $ 165.00/hr | $ 82.50 |
| 05/17/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing contents of updated version private school's educational proposal, submittal to opposing counsel, need to file a supplemental motion to notify additional documentary and testimonial evidence, and upcoming case proceedings. | 0.40 | $ 165.00/hr | $ 66.00 |
| 05/20/2022 | FJV | **Sent and receive email communications with clients re:** discussing contents of most recent IEP team meeting minutes, advising on how to proceed, and on school placement prematurely offered by the PR-DOE. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/20/2022 | FJV | **Review and study:** proposed May 13, 2022 IEP team meeting minutes issued by the PR-DOE. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/23/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** May 20, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/24/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing results of clients' visit to the public school proposed by the PR-DOE, grounds for rejecting that school for not being the LRE, and upcoming case proceedings. | 0.40 | $ 165.00/hr | $ 66.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/26/2022 | FJV | **Draft email communication to:** PR-DOE's counsel, atty. Hilton Mercado, re: resubmitting digital copy of private placement educational services proposal and suggesting attorneys' meeting to discuss pending controversies and potential solutions. | 0.20 | $ 165.00/hr | $ 33.00 |
| 05/26/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing proposal to change ACR's classification in the Special Education Program made to clients by PR-DOE's personnel, grounds for rejecting the proposal, and other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/26/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing proposal to change ACR's classification in the Special Education Program made to clients by PR-DOE's personnel, grounds for rejecting the proposal, and other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 05/27/2022 | FJV | **Review email communication sent by:** PR-DOE's counsel, atty. Hilton Mercado, re: informing that he is out of the jurisdiction on vacation with limited access for attorneys' conference. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/31/2022 | FJV | **Review email communication sent by:** ALJ Guzmán re: enclosing link for status conference via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/31/2022 | FJV | **Draft email communication to clients re:** enclosing link for status conference via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/31/2022 | FJV | **Draft email communication to:** PR-DOE's counsel, atty. Hilton Mercado, re: informing availability to hold attorneys' meeting prior to commencement of today's status conference. | 0.10 | $ 165.00/hr | $ 16.50 |
| 05/31/2022 | FJV | **Plan and prepare for:** today's status conference. | 0.40 | $ 165.00/hr | $ 66.00 |
| 05/31/2022 | FJV | **Attend:** status conference held via videoconference (Zoom) before ALJ Guzmán. | 0.50 | $ 165.00/hr | $ 82.50 |
| 05/31/2022 | FJV | **Various phone calls with:** Mrs. Nilda Rodríguez re: pre and post hearing conversations to discuss hearing proceedings, case strategy and clarify clients' doubts and concerns. | 0.50 | $ 165.00/hr | $ 82.50 |
| 06/07/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** June 7, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/07/2022 | FJV | **Sent and receive email communications with clients re:** discussing contents of ALJ's June 7, 2022 Order and client update on IEP team meeting set for coordinating ACR's extended school year services. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/10/2022 | FJV | **Draft email communication to clients re:** requesting client update on results of this week's IEP team meeting and on status of extended school year services. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/11/2022 | FJV | **Review email communication sent by:** clients re: client update on results of June 8, 2022 IEP team meeting and on PR-DOE's continued failure to provide ACR's extended school year services. | 0.10 | $ 165.00/hr | $ 16.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: in depth discussion of results of June 8, 2022 IEP team meeting and on PR-DOE's continued failure to provide ACR's extended school year services and lack of meeting minutes, and discussing strategy. | 0.40 | $ 165.00/hr | $ 66.00 |
| 06/13/2022 | FJV | **Draft email communication to PR-DOE's counsel re:** requesting notification of minutes of June 8, 2022 IEP team meeting and on the amended 2021-22 IEP, and requesting intervention to resolve PR-DOE's continued failure to provide ACR's extended school year services. | 0.30 | $ 165.00/hr | $ 49.50 |
| 06/20/2022 | FJV | **Communicate via text messaging with:** PR-DOE's counsel re: further settlement discussions. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/20/2022 | FJV | **Draft email communication to:** PR-DOE's counsel, atty. Hilton Mercado, re: requesting notification of PR-DOE's decision on the private placement proposal and other matters still pending resolution prior to upcoming administrative due process hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/20/2022 | FJV | **Draft email communication to clients re:** requesting client update on educational and related services still owed to minor ACR in anticipation to upcoming administrative due process hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/21/2022 | FJV | **Plan and prepare for:** tomorrow's administrative due process hearing. | 1.50 | $ 165.00/hr | $ 247.50 |
| 06/21/2022 | FJV | **Review email communication sent by:** ALJ Guzmán re: enclosing link for status conference via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/21/2022 | FJV | **Draft email communication to clients re:** enclosing link for status conference via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/21/2022 | FJV | **Draft email communication to:** PR-DOE's counsel, atty. Hilton Mercado, re: informing of controversy with minor student ACR's grades report and reiterating request for notification of PR-DOE's decision on the private placement proposal prior to tomorrow's administrative due process hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/21/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: discussing client update on controversy with ACR's grades for the 2021-2022 school year and on efforts for obtaining relief from the PR-DOE, status of settlement conversations, and upcoming administrative due process hearing. | 0.30 | $ 165.00/hr | $ 49.50 |
| 06/22/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: informing clients of PR-DOE's last-minute request to cancel today's administrative due process hearing due to Covid diagnosis and upcoming case proceedings. | 0.20 | $ 165.00/hr | $ 33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/22/2022 | FJV | **Sent and receive multiple email communications with:** PR-DOE's counsel, atty. Hilton Mercado, re: informing plaintiff and ALJ Guzmán of urgent need to cancel today's administrative due process hearing due to Covid diagnosis and discussing issues still pending resolution and the three alternate dates selected with the ALJ for the hearing's rescheduling. | 0.40 | $ 165.00/hr | $ 66.00 |
| 06/22/2022 | FJV | **Attend:** administrative due process hearing that was cancelled at the last minute by PR-DOE's counsel due to health complication. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/22/2022 | FJV | **Multiple telephone conferences with:** Mrs. Nilda Rodríguez re: discussing various care related matters pre and post today's administrative due process hearing that was cancelled at the last minute by PR-DOE's counsel due to health complication. | 0.30 | $ 165.00/hr | $ 49.50 |
| 06/23/2022 | FJV | **Draft email communication to clients re:** discussing contents and enclosing digital copy of ALJ's June 22, 2022 Order. | 0.20 | $ 165.00/hr | $ 33.00 |
| 06/23/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** June 22, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/28/2022 | FJV | **Telephone conference with PR-DOE's counsel re:** follow up settlement discussions in anticipation of an upcoming administrative due process hearing. | 0.10 | $ 165.00/hr | $ 16.50 |
| 06/30/2022 | FJV | **Review PR-DOE's motion:** in compliance with order. | 0.10 | $ 165.00/hr | $ 16.50 |
| 07/05/2022 | FJV | **Telephone conference with PR-DOE's counsel re:** follow up settlement discussions and informing us of need to have the private school director's testimony in the upcoming administrative due process hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 07/05/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: discussing contents of ALJ's Order and new date and time set for hearing. | 0.20 | $ 165.00/hr | $ 33.00 |
| 07/05/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** July 1, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 07/07/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: coordinating appearance to hearing of Colegio Altair's Director as witness and discussing other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 07/08/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: confirmation of Colegio Altair's Director appearance as witness and discussing other case related matters. | 0.20 | $ 165.00/hr | $ 33.00 |
| 07/08/2022 | FJV | **Draft email communication to clients re:** enclosing link for administrative hearing via Zoom platform. | 0.10 | $ 165.00/hr | $ 16.50 |
| 07/08/2022 | FJV | **Plan and prepare for:** administrative due process hearing. | 2.00 | $ 165.00/hr | $ 330.00 |
| 07/08/2022 | FJV | **Multiple telephone conferences with:** Mrs. Nilda Rodríguez re: client preparation for administrative due process hearing, discussing strategy, expected outcomes and other case related matters. | 1.00 | $ 165.00/hr | $ 165.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: discussing various last minute issues related to the appearance of Colegio Altair's Director appearance as witness and seeking solutions. | 0.30 | $ 165.00/hr | $ 49.50 |
| 07/11/2022 | FJV | **Telephone conference with:** Colegio Altair's Director re: discussing need for her appearance as witness in hearing and scope of testimony. | 0.50 | $ 165.00/hr | $ 82.50 |
| 07/11/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: enclosing for our review and legal advice digital copies of the amended 2021-2022 IEP and IEP team minutes and advising client on how to proceed. | 0.50 | $ 165.00/hr | $ 82.50 |
| 07/11/2022 | FJV | **Review supplemental documents submitted by clients re:** amended 2021-2022 IEP and IEP team minutes. | 0.30 | $ 165.00/hr | $ 49.50 |
| 07/11/2022 | FJV | **Attend:** administrative due process hearing. | 1.00 | $ 165.00/hr | $ 165.00 |
| 07/11/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: post administrative due process hearing conversation clarifying multiple client inquiries, discussing hearing results and upcoming proceedings, among other case related matters. | 0.30 | $ 165.00/hr | $ 49.50 |
| 07/18/2022 | FJV | **Sent and receive multiple email communications with:** Mrs. Nilda Rodríguez re: enclosing as requested by the ALJ the amended educational services proposal and information on the school's meal program and discussing their contents. | 0.30 | $ 165.00/hr | $ 49.50 |
| 07/20/2022 | FJV | **Sent and receive email communications with:** Mrs. Nilda Rodríguez re: discussing current status of case and expected date of notification of the ALJ's ruling. | 0.20 | $ 165.00/hr | $ 33.00 |
| 07/26/2022 | FJV | **Review Order issued by the Administrative Law Judge on:** July 26, 2022. | 0.10 | $ 165.00/hr | $ 16.50 |
| 07/26/2022 | FJV | **Telephone conference with client re:** discussing contents of ALJ's July 26, 2022 Order and on how to proceed to secure compliance with her directives, and clarifying other clients' case related inquiries and concerns. | 0.40 | $ 165.00/hr | $ 66.00 |
| 07/27/2022 | FJV | **Sent and receive email communications with clients re:** client update on status of efforts to obtain document sought by the ALJ in the July 26, 2022 Order. | 0.20 | $ 165.00/hr | $ 33.00 |
| 08/01/2022 | FJV | **Review supplemental documents submitted by clients re:** amended educational services proposal and information on the school's meal program. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/01/2022 | FJV | **Sent and receive email communications with clients re:** follow up to status of efforts to obtain document sought by the ALJ in the July 26, 2022 Order and reiterating urgent need to secure compliance. | 0.20 | $ 165.00/hr | $ 33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2022 | FJV | **Telephone conference with client re:** discussing contents of amended educational proposal and need to implement further corrections in order to secure compliance with ALJ's Order. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/02/2022 | FJV | **Sent and receive email communications with clients re:** submitting second amended educational proposal and discussing its contents. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/02/2022 | FJV | **Review supplemental documents submitted by clients re:** second amended educational proposal and discussing its contents. | 0.20 | $ 165.00/hr | $ 33.00 |
| 08/02/2022 | FJV | **Sent and receive email communications with clients re:** submitting copy of our motion in compliance with order and discussing upcoming proceedings and expected scenarios. | 0.20 | $ 165.00/hr | $ 33.00 |
| 08/02/2022 | FJV | **Draft motion:** in compliance with order re: enclosing amended educational proposal and reiterating plaintiff's request for granting of private school meal program. | 0.50 | $ 165.00/hr | $ 82.50 |
| 08/08/2022 | FJV | **Review PR-DOE's motion:** in compliance with order. | 0.10 | $ 165.00/hr | $ 16.50 |
| 08/08/2022 | FJV | **Telephone conference with client re:** discussing contents of PR-DOE's motion in compliance with order and of the agency's reluctance to pay for ACR's meal program at the private school, and expected outcome. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/11/2022 | FJV | **Review Resolution issued by the ALJ on:** August 11, 2022. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/12/2022 | FJV | **Draft email communication to:** Mrs. Nilda Rodríguez re: enclosing digital copy and overview on contents of final resolution. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/15/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: further discussion of final resolution contents, suggested course of action, strategy, and tasks pending conclusion to secure the remaining educational and related services owed to ACR. | 0.50 | $ 165.00/hr | $ 82.50 |
| 08/23/2022 | FJV | **Review:** case file documents in preparation for drafting verified complaint. | 1.00 | $ 165.00/hr | $ 165.00 |
| 08/24/2022 | FJV | **Telephone conference with:** Mrs. Nilda Rodríguez re: discussing contents of verified complaint, legal proceedings to obtain payment of attorney's fees and costs, strategy, and clarifying clients' case related inquiries. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/24/2022 | FJV | **Sent and receive email communications with clients re:** enclosing and discussing draft of verified complaint for collection of attorney's fees and costs and of unsworn statement under penalty of perjury for clients' review and signing. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/24/2022 | FJV | **Draft:** verified complaint for collection of attorney's fees and costs. | 2.00 | $ 165.00/hr | $ 330.00 |
| 08/24/2022 | FJV | **Draft:** unsworn statement under penalty of perjury for clients' signature. | 0.10 | $ 165.00/hr | $ 16.50 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/2022 | FJV | **Sent and receive email communications with clients re:** enclosing signed copy of the unsworn statement under penalty of perjury and discussing ACR's status at his new school. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/30/2022 | FJV | **Draft:** civil cover sheet and category sheet for filing with the verified complaint. | 0.50 | $ 165.00/hr | $ 82.50 |
| 08/30/2022 | FJV | **Draft:** proposed summons for co-defendant Department of Education of Puerto Rico. | 0.20 | $ 165.00/hr | $ 33.00 |
| 08/30/2022 | FJV | **Draft:** proposed summons for co-defendant Commonwealth of Puerto Rico. | 0.20 | $ 165.00/hr | $ 33.00 |
| 08/30/2022 | FJV | **Final drafting, editing, and reviewing of:** verified complaint. | 1.00 | $ 165.00/hr | $ 165.00 |
| 08/30/2022 | FJV | **Draft email communication to clients re:** informing of filing of verified complaint, enclosing digital copy for clients' file, and discussing upcoming proceedings. | 0.30 | $ 165.00/hr | $ 49.50 |
| 08/30/2022 | FJV | **Draft email communication to:** counsel for the Commonwealth of P.R.'s Fiscal Oversight Board and AAFAF re: lift stay notice. | 1.50 | $ 165.00/hr | $ 247.50 |
| 08/30/2022 | FJV | **Draft email communication to:** PR-DOE's administrative forum re: requesting correction of filing date of the administrative due process complaint stated in filing and case number notice. | 0.10 | $ 165.00/hr | $ 16.50 |

**In Reference To: ACR v. PR-DOE (Expenses)**

**Matter ID:** 275-001

**ACR v. PR-DOE**
**Administrative case no.: QEE-2122-09-03-00703**
**O/F: 275-001**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 02/15/2022 | FJV | **Printing/Copying:** Documentary evidence digitally submitted by clients. | $ 8.10 |
| 02/25/2022 | FJV | **Printing/Copying:** draft of administrative due process complaint. | $ 1.20 |
| 03/02/2022 | FJV | **Printing/Copying:** administrative due process complaint. | $ 1.35 |
| 03/15/2022 | FJV | **Printing/Copying:** PR-DOE's Answer to the Administrative Due Process Complaint. | $ 0.45 |
| 03/16/2022 | FJV | **Printing/Copying:** memorandum cited by the PR-DOE in its responsive pleading, dated on January 14, 2022. | $ 1.95 |
| 03/25/2022 | FJV | **Printing motion:** requesting that administrative proceedings be held via videoconference. | $ 0.45 |
| 03/28/2022 | FJV | **Printing Order issued on:** March 26, 2022. | $ 0.15 |
| 04/04/2022 | FJV | **Printing motion:** to notify documentary and testimonial evidence for administrative hearing. | $ 0.60 |
| 04/04/2022 | FJV | **Printing/Copying:** PR-DOE's March 15, 2022 circular letter concerning educational services provided remotely via videoconference. | $ 1.50 |

| Date | Initials | Description | Amount |
|---|---|---|---|
| 04/05/2022 | FJV | **Printing Order issued on:** April 4, 2022. | $ 0.15 |
| 04/05/2022 | FJV | **Printing motion:** to notify evidence. | $ 0.30 |
| 04/06/2022 | FJV | **Printing/Copying:** draft of the minutes of today's IEP team meeting. | $ 1.05 |
| 04/08/2022 | FJV | **Printing/Copying:** the citation and protective order issued to Mrs. Nilda Rodríguez by the School Director, Mrs. Cinthia Mercado. | $ 1.80 |
| 04/12/2022 | FJV | **Printing/Copying:** amended administrative due process complaint. | $ 1.50 |
| 04/22/2022 | FJV | **Printing Resolution issued on:** April 21, 2022. | $ 0.75 |
| 04/26/2022 | FJV | **Printing Order issued on:** April 24, 2022. | $ 0.60 |
| 05/02/2022 | FJV | **Printing/Copying:** ACR's psychoeducational assessment. | $ 1.65 |
| 05/11/2022 | FJV | **Printing/Copying:** draft of Colegio Altair's educational proposal. | $ 1.80 |
| 05/16/2022 | FJV | **Printing Order issued on:** May 16, 2022. | $ 0.15 |
| 05/17/2022 | FJV | **Printing/Copying:** updated version private school's educational proposal. | $ 1.80 |
| 05/17/2022 | FJV | **Printing/Copying:** the supplemental motion to notify documentary and testimonial evidence for administrative due process hearing. | $ 0.90 |
| 05/20/2022 | FJV | **Printing/Copying:** proposed May 13, 2022 IEP team meeting minutes issued by the PR-DOE. | $ 1.20 |
| 05/23/2022 | FJV | **Printing Order issued on:** May 20, 2022. | $ 0.15 |
| 06/07/2022 | FJV | **Printing Order issued on:** June 7, 2022. | $ 0.30 |
| 06/23/2022 | FJV | **Printing Order issued on:** June 22, 2022. | $ 0.15 |
| 06/30/2022 | FJV | **Printing PR-DOE's motion:** in compliance with order. | $ 0.15 |
| 08/12/2022 | FJV | **Printing Order issued on:** August 11, 2022. | $ 3.00 |
| 08/24/2022 | FJV | **Printing/Copying:** draft of Verified Complaint. | $ 2.10 |
| 08/30/2022 | FJV | **Court Filing Fee:** Verified Complaint. | $ 402.00 |
| 08/30/2022 | FJV | **Printing/Copying:** copies of Verified Complaint for case file and for summoning defendants. | $ 12.90 |
| 08/30/2022 | FJV | **Service of Summons fee:** upon co-defendant, the PR-DOE. | $ 50.00 |
| 08/30/2022 | FJV | **Service of Summons fee:** upon co-defendant, the Commonwealth of Puerto Rico. | $ 50.00 |
| 08/30/2022 | FJV | **Printing/Copying:** lift-stay notice. | $ 0.60 |

|   |   |
|---|---|
| **Total Hours** | 70.00 hrs |
| **Total Billable Time** | $ 11,550.00 |
| **Total Expenses** | $ 550.75 |
| **Total Invoice Amount** | $ 12,100.75 |
| **Previous Balance** | **$ 0.00** |

|  |  |
|---|---|
| **Balance (Amount Due)** | **$ 12,100.75** |

**Notes:**

Reviewed and approved by Francisco J. Vizcarrondo, Esq.