IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Nilda Rodriguez-Cortes et al** <br> Plaintiffs <br><br> V. <br><br> **Department of Education of Puerto Rico et al** <br> Defendants | CIVIL NO. 22-1410 (WGY) |

## JUDGMENT

In light of ECF No. 13 Order and the Courts Approval of the settlement agreement, this case is now dismissed.  IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 18th day of November of 2022.

s/William G. Young
United States District Judge
